IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Petition of Marginalised Affected Property Owners,<br>*Applicant*,<br><br>For an Order Granting Leave to Issue Subpoenas To BSG Resources Ltd., Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton LLP for Taking of Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:21-mc-00681 |

**PETITION OF MARGINALISED AFFECTED PROPERTY OWNERS, PURSUANT TO 28 U.S.C. § 1782, FOR LEAVE TO ISSUE SUBPOENAS FOR TAKING OF DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

Applicant Marginalised Affected Property Owners respectfully petitions this Court, pursuant to 28 U.S.C. § 1782, for an Order granting Applicant leave to issue subpoenas to obtain discovery from Respondents BSG Resources Ltd., Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton LLP. Section 1782(a) provides: "The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal…upon the application of any interested person…" 28 U.S.C. § 1782. Applicant seeks this discovery for use in pending proceedings in Sierra Leone in which Applicant is a plaintiff. Applicant's narrow requests are directly related to the pending foreign proceedings.

This Petition is based upon the accompanying memorandum of law and supporting exhibits.

Dated: August 19, 2021

Respectfully submitted,

/s/LINDSAY A. BAILEY

Lindsay A. Bailey, Esq.
Bar Code for S.D.N.Y.: 5747878
EarthRights International
1612 K Street NW, Suite 800

2

Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189
lindsay@earthrights.org

*Attorney for Applicant*

2