UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETITION OF MARGINALISED AFFECTED PROPERTY OWNERS | 21-MC-00681 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 19, 2021, Petitioner filed an application to obtain discovery from Respondents for use in a foreign proceeding. Dkt. 1. On October 12, 2021, the Court stayed this action at the request of the parties to allow the parties to confer about the confidentiality of the documents produced by Respondents. Dkt. 12. The Court has not since heard from the parties. The parties shall file a status update on the docket by April 18, 2022 indicating whether the case can be closed; absent such letter, the Court will assume that the subpoena was complied with and close this case.

SO ORDERED.

Dated:   April 11, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge