UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETITION OF MARGINALISED AFFECTED
PROPERTY OWNERS,

                    Petitioner,                              No. 21-mc-681 (RA)

           v.                                                ORDER

BSG RESOURCES LIMITED, ALVAREZ &
MARSHAL HOLDINGS, LLC, and CLEARY
GOTTLIEB STEEN & HAMILTON LLP,

                    Respondents.


RONNIE ABRAMS, United States District Judge:

       On August 19, 2021, Petitioner filed an application to obtain discovery from Respondents

for use in a foreign proceeding.  Dkt. 1.  On October 12, 2021, the Court stayed this action at the

request of the parties to allow them to confer about the confidentiality of the documents produced.

Dkt. 12.  In an order dated April 11, 2022, the Court directed the parties to file a joint letter due

April 18, 2022 indicating whether this matter could be closed.  Dkt. 13.  At the request of the

parties, the Court later extended the time to file the joint status letter to June 15, 2022, Dkt. 15,

again to August 16, 2022, Dkt. 17, and again to October 14, 2022, Dkt. 19.  The parties now request

that the Court once again delay closing the case until decisions have been reached related to

document confidentiality.  Given that the Court has already allowed the parties a year to reach

agreement on this issue, the parties are directed to file a letter no later than October 21, 2022,

explaining why they remain unable to do so on a more expedited basis.

SO ORDERED.

  Dated:        October 14, 2022
               New York, New York

                                                 Hon. Ronnie Abrams
                                                 United States District Judge