USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGINALISED AFFECTED PROPERTY OWNERS,<br><br>                                       Petitioner,<br><br>             v.<br><br>BSG RESOURCES LIMITED, ALVAREZ & MARSAL HOLDINGS, LLC, and CLEARY GOTTLIEB STEEN & HAMILTON LLP,<br><br>                                       Respondents. | No. 21-MC-681 (RA)<br><br>ORDER OF REFERENCE |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Wang for the following purpose:

| | | | |
|---|---|---|---|
|  | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) |  | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute:<br>**Motion to Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of Foreign Proceedings, Dkt. 1** |  | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
|  | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: |  | Habeas Corpus |
|  | Settlement |  | Social Security |
|  | Inquest After Default/Damages Hearing |  | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:    September 29, 2023
              New York, New York

_____
Ronnie Abrams
United States District Judge