UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE PETITION OF MARGINALISED AFFECTED
PROPERTY OWNERS,

           Petitioner,

     -against-

BSG RESOURCES LIMITED, ALVAREZ & MARSAL
HOLDINGS, LLC, and CLEARY GOTTLIEB STEEN
& HAMILTON LLP,

           Respondents.
------------------------------------------------------------x

21-MC-681 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Petitioners' letter. (ECF 29). Respondents BSG Resources Limited ("BSG") and Alvarez & Marsal Holdings, LLC ("Alvarez & Marsal") are directed to respond to ECF 29 **no later than Friday, October 27, 2023**. **Failure to respond may result in the Court deeming Petitioners' motion unopposed.** The Court notes that no appearances have been filed in this case. Petitioner is directed to serve Respondents BSG and Alvarez & Marsal **forthwith** and file proof of service on the docket. In accordance with Petitioner's request (*see* ECF 29 at n.12), Petitioners' motion for discovery does **not** apply to Cleary Gottlieb Steen and Hamilton LLP ("Cleary Gottlieb") at this time. If Cleary Gottlieb wishes to respond, their response is due by **Friday, October 27, 2023**.

     SO ORDERED.

Dated: October 18, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge