IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Petition of Marginalised Affected Property Owners,<br>*Applicant*,<br><br>For an Order Granting Leave to Issue Subpoenas To BSG Resources Limited, Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton, LLP, for Taking of Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:21-mc-00681<br><br>**PROOF OF SERVICE** |

I, Marco B. Simons, hereby certify:

1.   I am an attorney and General Counsel at EarthRights International ("EarthRights"), counsel for Petitioners, the Marginalised Affected Property Owners, and admitted *pro hac vice* in this matter.

2.   I am submitting this Proof of Service pursuant to the Court's Order, ECF 30, that "Petitioner is directed to serve Respondents BSG and Alvarez & Marsal forthwith and file proof of service on the docket."

3.   In the Proof of Service filed on October 19, 2023, ECF 31, I noted that I had sent the materials to BSGR via FedEx International Priority to the following address, listed as BSGR's registered address according to the Guernsey authorities:

>   BSG Resources Limited
>   c/o Peter Harold Driver
>   West Wing, Frances House
>   Sir William Place
>   St Peter Port
>   Guernsey
>   GY1 1GX

4.   I noted that the package was due to be delivered Tuesday, October 24.

5. According to FedEx's package tracking services, the package was delivered on Tuesday, October 24, at 2:16pm. The tracking number is 785286122934.

6. Additionally, today David Stagman, of Katten Muchin Rosenman LLP, responded to my email which had transmitted ECF 29 and ECF 30. In a telephone conversation today, Mr. Stagman confirmed that he continues to represent the Joint Administrators who are still the appointed officers of BSGR.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2023

Marco Simons
marco@earthrights.org
**EarthRights International**
1612 K Street NW #800
Washington, DC 20006
Tel: 202-466-5188
Fax: 202-466-5189

*Counsel for Petitioner*