IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Petition of Marginalised Affected Property Owners,<br><br>*Applicant*,<br><br>For an Order Granting Leave to Issue Subpoenas To BSG Resources Limited, Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton, LLP, for Taking of Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:21-mc-00681 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Katten Muchin Rosenman LLP, hereby appears as counsel of record for Richard Fleming, Mark Firmin and Carl Bowles, Joint Administrators in bankruptcy administration of Respondent BSG Resources Limited in the above-captioned proceeding, and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the undersigned.

Dated:   New York, New York
        October 27, 2023

KATTEN MUCHIN ROSENMAN LLP

By:   /s/ Shaya Rochester
     Shaya Rochester
     50 Rockefeller Plaza
     New York, New York 10021-1605
     (212) 940-8529
     shaya.rochester@katten.com

*Counsel for Richard Fleming, Mark Firmin and Carl Bowles, Joint Administrators in bankruptcy administration of Respondent BSG Resources Limited*

149102857v2