**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE PETITION OF MARGINALISED AFFECTED  :
PROPERTY OWNERS,                                                      :
                                                                                              :          21-MC-681 (RA) (OTW)
                            Petitioner,                                          :
                                                                                              :          **ORDER**
               -against-                                                         :
                                                                                              :
BSG RESOURCES LIMITED, ALVAREZ & MARSAL :
HOLDINGS, LLC, and CLEARY GOTTLIEB STEEN :
& HAMILTON LLP,                                                          :
                                                                                              :
                            Respondents.                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Petitioner's letter motion to dismiss respondent Alvarez & Marsal Holdings, LLC ("Alvarez & Marsal") from this proceeding. (ECF 34). Judge Abrams already granted Petitioner's motion to withdraw its petition against Alvarez & Marsal. (*See* ECF 10).

Accordingly, the Clerk of Court is directed to terminate Alvarez & Marsal as a respondent. The Clerk of Court is further directed to close ECF 34.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: October 30, 2023                **Ona T. Wang**
           New York, New York         United States Magistrate Judge