UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

In Re Petition of Marginalised Affected Property Owners,

                Petitioner

For an Order Granting Leave to Issue Subpoenas to BSG Resources Limited, Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton, LLP, for Taking of Discovery Pursuant to 28 U.S.C. § 1782

------------------------------------------- x

Case No.: 1:21-mc-00681

**ORDER FOR ADMISSION PRO HAC VICE**

      The motion of David J. Stagman for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David J. Stagman |
| Firm Name: | Katten Muchin Rosenman LLP |
| Address: | 525 W. Monroe Street |
| City / State / Zip: | Chicago, IL 60661 |
| Telephone: | (312) 902-5499 |

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Richard Fleming, Mark Firmin and Carl Bowles, Joint Administrators in bankruptcy administration of Respondent BSG Resources Limited in the above-entitled action.

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: November 30, 2023

_____

United States ~~District~~ Magistrate Judge