# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Petition of Marginalised Affected Property Owners, <br> *Applicant*, <br><br> For an Order Granting Leave to Issue Subpoenas To BSG Resources Limited, Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton, LLP, for Taking of Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:21-mc-00681 |

## ~~[PROPOSED]~~ STIPULATED ORDER

WHEREAS, Petitioner and Respondent BSG Resources Limited, appearing through its Joint Administrators in bankruptcy ("BSGR"), have reached an agreement in principle regarding Petitioner's September 29, 2023, letter motion ("Letter Motion") (ECF 29) without Court intervention; and

WHEREAS, Petitioner and Respondent BSGR require additional time to complete the negotiation and drafting of their agreement and a proposed stipulated order to the Court;

NOW THEREFORE, it is hereby stipulated and agreed, by and between Petitioner and Respondent BSGR, that:

1. The parties are granted leave until February 16, 2024, to submit a stipulated order to the Court disposing of the Letter Motion.

SO ORDERED this __29__ day of __January__, 2024.

_____
ONA T. WANG
United States Magistrate Judge