IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Petition of Marginalised Affected Property Owners,<br>*Applicant*,<br><br>For an Order Granting Leave to Issue Subpoenas To BSG Resources Limited, Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton, LLP, for Taking of Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:21-mc-00681 |

### [PROPOSED] STIPULATED ORDER

WHEREAS, Petitioner and Respondent BSG Resources Limited, appearing through its Joint Administrators in bankruptcy ("BSGR"), have reached an agreement in principle regarding the confidentiality and use of certain documents sought by Petitioner for court proceedings in Sierra Leone; and

WHEREAS, Petitioner and Respondent BSGR require additional time for the execution of their agreement;

NOW THEREFORE, it is hereby stipulated and agreed, by and between Petitioner and Respondent BSGR, that:

1. The parties are granted leave until March 1, 2024, to submit a stipulated order to the Court dismissing this case with prejudice.

SO ORDERED this \_\_\_\_26\_\_\_\_ day of \_February\_, 2024.

_____
ONA T. WANG
United States Magistrate Judge