IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Petition of Marginalised Affected Property Owners,<br>*Applicant*,<br><br>For an Order Granting Leave to Issue Subpoenas To BSG Resources Limited, Alvarez & Marsal Holdings, LLC, and Cleary Gottlieb Steen and Hamilton, LLP, for Taking of Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:21-mc-00681 |

**[PROPOSED] STIPULATED ORDER**

WHEREAS, Petitioner and Respondent BSG Resources Limited, appearing through its Joint Administrators in bankruptcy ("BSGR"), have reached an agreement regarding Petitioner's September 29, 2023, letter motion ("Letter Motion") (ECF 29) without Court intervention;

NOW THEREFORE, it is hereby stipulated and agreed, by and between Petitioner and Respondent BSGR, that pursuant to the parties' agreement, it is hereby ordered that this matter is dismissed with prejudice, all parties to pay their own costs and attorney's fees.

SO ORDERED this _____ day of _____, 2024.

_____
ONA T. WANG
United States Magistrate Judge